## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NELSON JACQUEZ B+C#141-15-06366        **17CV192**
NYSid#68038Z1N  No. _____

Write the full name of each plaintiff.        (To be filled out by Clerk's Office)

-against-

Department of Corrections (A.M.KC)
18-18 Hazen St. E.Elmhurst, NY 11370
Administration/Staff of A.M.K.C
Administration/Staff of G.R.V.C

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No


RECEIVED JAN - 6 2017 PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

NELSON     A     JACQUEZ
First Name     Middle Initial     Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

B+C # 141-15-06366  NYSID # 6803821N
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

O.B.C.C
Current Place of Detention

1600 HAZEN ST. E. ELMHURST, N.Y. 11370
Institutional Address

QUEENS     N.Y     11370
County, City     State     Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| C/O | FREDERICKS | 13959 |
|---|---|---|
| First Name | Last Name | Shield # |

CORRECTIONS OFFICER
Current Job Title (or other identifying information)

18-18 HAZEN ST. E. ELMHURST
Current Work Address

| QUEENS | N.Y | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| CAPT | Tuccio | 1113 |
|---|---|---|
| First Name | Last Name | Shield # |

CAPTAIN
Current Job Title (or other identifying information)

18-18 HAZEN ST E. ELMHURST
Current Work Address

| QUEENS | N.Y | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| CAPT | TRAHAN | 1058 |
|---|---|---|
| First Name | Last Name | Shield # |

CAPTAIN
Current Job Title (or other identifying information)

18-18 HAZEN ST. E. ELMHURST
Current Work Address

| QUEENS | N.Y | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| CAPT | BR Williams | |
|---|---|---|
| First Name | Last Name | Shield # |

CAPTAIN
Current Job Title (or other identifying information)

18-18 HAZEN ST. E. ELMHURST, N.Y
Current Work Address

| QUEENS. | N.Y | 11370 |
|---|---|---|
| County, City | State | Zip Code |

SEE Attached form.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

CRUEL + UNUSUAL PUNISHMENT, MENTAL ANGUISH VIOLATION of my CONSTITUTIONAL RIGHTS, MENTAL DISTRESS

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$500,000.00

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 7/18/16

Plaintiff's Signature: [signature]

First Name: NELSON  Middle Initial: A  Last Name: JACQUEZ

Prison Address: O.B.C.C. 1600 HAZEN ST. E. ELMHURST, N.Y

County, City: QUEENS  State: N.Y  Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 8/2/16

Correction officer Sanchez
GRVC 09-09 Hazen St. E.Elmhurst, N.Y 11370.
c/o Mariano - GRVC 09-09 Hazen St E.Elmhurst N.Y 11370
c/o Graham - GRVC-09-09 Hazen St. E.Elmhurst N.Y 11370
c/o Hernandez - GRVC-09-09 Hazen St. E.Elmhurst N.Y 11370
c/o Lynch - GRVC-09-09 Hazen St. E.Elmhurst N.Y 11370
c/o John - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
Capt. Taylor - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
Capt Harvey - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
ADW Crosby - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
ADW Davis - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
ADW Blackmon - GRVC-09-09 Hazen St. E.Elmhurst. N.Y 11370
Capt. Rivera - GRVC-09-09 Hazen St. E.Elmhurst N.Y 11370.

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING, NEW YORK  10562

NAME: Nelson Jacquez   DIN: 16A4334




$00.67⁵
DEC 30 2016
MAILED FROM ZIP CODE 10562

Southern District of New York
500 Pearl St.
New York, N.Y
10007.

LEGAL MAIL

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Nelson Jacquez   DIN: 16A4334