Nelson Jacquez, 16A4334
Downstate Correctional Facility
Box F
Red Schoolhouse Road
Fishkill, New York 12524-0445

Southern District of
New York
500 Pearl St.
New York, New York 10007

12/15/16

**17CV192**

Sirs:

On or about August 2, 2016, a complaint has been forwarded to your Court with regard to an incident that took place in Rikers Island. A copy has been forwarded to this Court in order to inquire whether it has been received in August of 2016 and to inquire whether a complaint number has been filed by the clerk's office. Thank you for your time and assistance.

RESPECTFULLY SUBMITTED,

_____

Sworn and Subscribed Before Me on This Day
of 29, December, 2016

Patricia Lewis
NOTARY PUBLIC

PATRICIA LEWIS
NOTARY PUBLIC STATE OF NEW YORK
DUTCHESS COUNTY, LIC #01LE6173319
COMM. EXP. 8/27/18

RECEIVED
SDNY PRO SE OFFICE
2017 JAN -6 AM 9:56
S.D. OF N.Y.

PLEASE BE ADVISED THAT I HAVE A NEW ADDRESS.
SING SING CORR FAC.
354 HUNTER ST
OSSINING, N.Y 10562.

Q10L  Q10L

# INMATE REQUEST FOR WITHDRAWAL OF FUNDS FOR POSTAGE

JACQUEZ, NELSON  141/806366  AMKC
INMATE NAME  BOOK&CASE NUMBER  FACILITY

1445 06366
8/3/16
5.00
-1.78
3.22 → Bal

8/2/16
DATE

$ 1.78
WITHDRAWAL AMOUNT
(filled out by USPS employee)

MAILED TO:

SOUTHERN DISTRICT OF
NEW YORK
NAME

500 PEARL ST.   N.Y   N.Y   10007
ADDRESS   CITY   STATE   ZIP CODE

INMATE SIGNATURE

COMMENTS TO INMATE:

Note: Mailroom Officer forwards this request to RICC along with each parcel or letter